**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil 05-2108 JRT/FLN |
| Petitioner, | |
| v. | O R D E R |
| DELANO KOSKI, | |
| Respondent. | |

LONNIE F. BRYAN, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, for petitioner.

KURT B. GLASER, **SMITH & GLASER**, 331 North Second Avenue, Suite 250, Minneapolis, Minnesota 55401 for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 9, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. Section 4245 [#1] is GRANTED and respondent is committed to the custody of the United States Attorney General, who may involuntarily treat and hospitalize respondent at FMC Rochester.

DATED: December 2, 2005         s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                  United States District Judge